O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME RENE ROBINSON, | CASE NO. CV 11-04289 ODW (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| HOWARD SAXE, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: January 5, 2012

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE