**O**

CC: Ninth Circuit

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEROME RENE ROBINSON, | Case No. 2:11-cv-04289-ODW (RZx) |
| Plaintiff - Appellant, | |
| v. | Order **DECLINING** to Revoke In Forma Pauperis Status [27] |
| HOWARD SAXE, et al., | |
| Defendants - Appellees. | |

      Pending before the Court is the United States Court of Appeals for the Ninth Circuit's February 9, 2012 Referral Notice referring the above-titled matter to this Court for the limited purpose of determining whether in forma pauperis status should continue for Plaintiff-Appellant Jerome Rene Robinson's ("Plaintiff-Appellant") appeal. (Dkt. No. 27.)

      On October 27, 2011, United States Magistrate Judge Ralph Zarefsky issued Memorandum and Order Dismissing Plaintiff-Appellant's Second Amended Complaint. (Dkt. No. 15.) Therein, Judge Zarefsky found that Plaintiff-Appellant "may successfully be able to plead . . . at most four claims for relief." (*Id.* at 5.) Judge Zarefsky also expressly noted that Plaintiff-Appellant had the option of filing a "Notice of Intent Not

1

to Amend Complaint" within 30 days of dismissal of his Second Amended Complaint ("SAC") so that Plaintiff-Appellant could file an appeal from the dismissal of his SAC. (*Id.* at 7). Upon consideration of the foregoing, this Court finds that Plaintiff-Appellant's appeal is neither frivolous nor taken in bad faith.

The Clerk of the Court shall send a copy of this Order to the Ninth Circuit Court of Appeals referencing case number 12-55273.

**IT IS SO ORDERED.**

February 14, 2012

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE